FILED
U.S. DISTRICT COURT
            LA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA   2009 JAN -7  P 2: 40

BY DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL ACTION |
| VERSUS | |
| | NO. 08-104-JJB |
| FREDERICK PAUL | |

## O R D E R

In accordance with the foregoing motion (doc. 19) by defendant to continue the trial currently set for January 21, 2009;

The court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. In arriving at this determination, the court finds that it would be unreasonable to proceed with the trial at this time in light of defendant's medical condition, repeated hospitalization, inaccessibility, counsel's family medical crisis and the specific time conflicts of counsel that have prevented the necessary preparation required for effective assistance of counsel, despite due diligence of defense counsel.

Accordingly, said motion to continue is granted and the trial is hereby RESET ON MARCH 4, 2009, AT 9:00 A.M. in Courtroom One. Pursuant to 18 U.S.C. §3161(h)(8)(A), the court rules that the period of delay resulting from continuance of the trial be and hereby is deemed excludable in computing the time

within which the trial must be commenced .

Baton Rouge, Louisiana, January 7th, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA